IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WYATT DORSEY, | * |
| Petitioner, | * |
| vs. | * |
| UNITED STATES OF AMERICA, | * CASE NO. 4:98-cr-00010-CDL-CHW-1 |
| Respondent. | * |
| | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 9, 2018 is hereby approved, adopted, and made the Order of the Court, except the Court does not grant a certificate of appealability as recommended by the Magistrate Judge.

The Court found persuasive Respondent's objections to the Magistrate Judge's recommendation that a certificate of appealability be granted, and for the reasons set forth in Respondent's objections, the Court denies a certificate of appealability. The Magistrate Judge's recommendation is otherwise adopted by the Court.

IT IS SO ORDERED, this 17th day of September, 2018.

s/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE