IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| WYATT DORSEY, | : | |
| Petitioner, | : | |
| v. | : | No. 4:98-cr-10-CDL-CHW-1 |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

On September 9, 2022, Petitioner Wyatt Dorsey filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. 55). On November 1, 2023, the United States Sentencing Commission promulgated Amendment 814, which amended U.S.S.G. § 1B1.13 to expand the interpretation of the term "extraordinary and compelling reasons" in 18 U.S.C. § 3582(c)(1)(A)(i). As amended, the guideline now provides that such extraordinary and compelling reasons may include an "unusually long sentence." The amended guideline, at U.S.S.G. § 1B1.13 (b)(6), provides:

> If a defendant received an unusually long sentence and has served at least 10 years of the term of imprisonment, a change in the law (other than an amendment to the Guidelines Manual that has not been made retroactive) may be considered in determining whether the defendant presents an extraordinary and compelling reason, but only where such change would produce a gross disparity between the sentence being served and the sentence likely to be imposed at the time the motion is filed, and after full consideration of the defendant's individualized circumstances.

Because this amendment could be relevant to the Court's consideration of Petitioner's motion, Petitioner is entitled to an opportunity to amend or supplement his motion to address the amendment. Petitioner is hereby **DIRECTED** to file any amendment or supplement to his

motion no later than February 9, 2024. The Government is **ORDERED** to file a response to Petitioner's motion, whether amended or not, no later than March 8, 2024.

    **SO ORDERED**, this 10th day of January, 2024.

                                                   s/ Charles H. Weigle
                                                     Charles H. Weigle
                                                     United States Magistrate Judge