IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| WYATT DORSEY, | * | |
| Petitioner, | * | |
| vs. | * | |
| UNITED STATES OF AMERICA, | * | CASE NO. 4:98-cr-10 |
| Respondent. | * | |
| | * | |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 6, 2024 is hereby approved, adopted, and made the Order of the Court.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.[1]

IT IS SO ORDERED, this 25th day of July, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

---

[1] To avoid any confusion, the Court notes that it has reviewed all filings in this action as of today. None of those filings alter the Court's opinion that the Magistrate's Report and Recommendation should be adopted.